AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

STEVE R. HOUCK
DOB:

**WARRANT FOR ARREST**

CASE NUMBER: 07-335-M-01

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __STEVE R. HOUCK__
                                             Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly attempting to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce; and with

knowingly transporting in interstate commerce from a location outside the District of Columbia to the District of Columbia by means of a computer, child pornography as defined in Title 18, United States Code Section 2256(8).

in violation of Title 18, United States Code, Section(s)  2422(b) and 2252(A)

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

JUL 0 2 2007
Date and Location

Bail fixed at $ _HOLD_    by _[signature]_
                             Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/03/2007 | DUSM BRETT STEVENSON | [signature] |
| DATE OF ARREST | | |
| 06/03/2007 | | |

1345995