AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Steve Houck

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-335

I, STEVE RAY HOUCK, charged in a (complaint) (petition) pending in this District with Certain activities relating to material involving sexual exploitation of minors and coercion and enticement in violation of Title 18, U.S.C., 2252 and 2422,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

×  _Steve Ray Houck_
Defendant

_[signature]_
Date

_[signature]_
Counsel for Defendant