**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

**FILED**

JUL 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.   *Steve Houck*

Case No. 7-335 M

**ORDER**

Upon oral motion of the ___parties___ to exclude ___30___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___30___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

X _/s/ Steve R. Houck_
Defendant

_/s/ Ca/h/_
Defense Counsel

_/s/ [signature]_
Attorney for Government

_/s/ [signature]_
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY