UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-0335M |
| v. | : | |
| | : | |
| **STEVE R. HOUCK** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Patricia Stewart at telephone number (202) 514-7064 and/or email address Patricia.Stewart@usdoj.gov. and that Assistant United States Attorney Angela George no longer represents the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____
PATRICIA STEWART
Assistant United States Attorney
D.C. Bar No. 358910
555 4th Street, N.W. Room 4247
Washington, DC 20530
Patricia.Stewart@usdoj.gov